PEOPLE *v.* FREELMAME.

CRIMINAL LAW—BURGLARY—BURGLARS' TOOLS.

> In a prosecution for burglary, evidence was properly admitted showing that burglars' tools and implements were found on three other persons with whom respondent was arrested on the night of the alleged crime, of which the three had been previously convicted.

Error to Hillsdale; Chester, J. Submitted October 20, 1910. (Docket No. 121.) Decided November 11, 1910.

James Freelmame was convicted of the crime of burglary. Affirmed.

*Frank M. Hall* and *G. F. Lewis*, for appellant.

*Paul W. Chase*, Prosecuting Attorney, and *John E. Bird*, Attorney General, for the people.

MOORE, J. An information was filed charging the respondent, James E. Burke, Charles Hadley, and William Miley with the offense of burglary. The three last-named respondents were tried together, and convicted. This case was appealed to this court, and the conviction affirmed. The case is reported in *People* v. *Burke,* 161 Mich. 397 (126 N. W. 446). A reference to the opinion in that case will save the necessity of going over the facts there stated again.

This respondent elected to have a separate trial. He was convicted. Error is assigned upon the admission of testimony as to the purpose for which certain tools which were found upon the persons of the other respondents were used. Under the facts disclosed by the record, we think the testimony admissible. See *People* v. *Cleveland,* 107 Mich. 367 (65 N. W. 216). A careful exami-

nation of the record does not disclose any question other or different than those passed upon in *People* v. *Burke*, *supra*. That case is controlling as to this case.

The conviction is affirmed.

HOOKER, McALVAY, BROOKE, and BLAIR, JJ., concurred.